USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bismarck Lithgow,

                    Petitioner,

         -against-

William F. Keyser,

                    Respondent.

1:21-cv-00998 (AJN) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      The *pro se* Petitioner in this case has made a motion for the appointment of counsel. (*See* Pet.'s Mot., ECF No. 3.) Applying the factors set forth in *Cooper v. A. Sargenti Co.*, 877 F.2d 170 (2d Cir. 1989), the Court hereby DENIES Petitioner's motion on the ground that the application together with the other papers filed in this action do not at this time demonstrate that Petitioner's claims are likely to be of sufficient substance to warrant seeking counsel. In addition, the case does not at this time appear to be of such a character that Petitioner will be unable to address relevant facts or deal with other issues that may be expected to be raised.

      The Court will seek the appointment of counsel without further request by Petitioner if future review of this case demonstrates that the appointment of counsel is warranted. The Clerk of Court is directed to mail a copy of this Order to the *pro se* Petitioner.

**SO ORDERED.**

DATED:      New York, New York
               March 15, 2021

                                                */s/ Stewart D. Aaron*
                                                STEWART D. AARON
                                                United States Magistrate Judge