UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Lithgow,

                      Plaintiff,                    21 **CIVIL** 998 (AJN)

      -v-                                 **JUDGMENT**

Keyser,

                     Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 22, 2021, The Court has reviewed Magistrate Judge Aaron's Report and Recommendation and finds no error. Petitioner's general objection to the Report and Recommendation was untimely, and even if it was not untimely, the Court's de novo review of the objected-to portions of the Report & Recommendation reveals no basis for rejecting or modifying it. Accordingly, the Court adopts the Report and Recommendation in its entirety, and the Petition is denied. The Court also finds pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and in forma pauperis status is therefore denied for purposes of appeal. *See Coppedge v. United States,* 369 U.S. 438, 445 (1962). Because Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253.

**Dated:** New York, New York
       October 22, 2021

                                                     **RUBY J. KRAJICK**
                                                       **Clerk of Court**
                                **BY:**
                                                        **Deputy Clerk**